IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

VICKIE JEANS                                                                                            PLAINTIFF

V.                                                                    CIVIL ACTION NO. 3:17-cv-00145-NBB-JMV

JOHN DOE AND XYZ CORPORATIONS 1-2
AND SHELTER MUTUAL INSURANCE COMPANY
AND SHELTER GENERAL INSURANCE COMPANY                                          DEFENDANTS

## ORDER

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED** that the defendants' motion for summary judgment is **GRANTED**, and this case is dismissed with prejudice and closed.

This, the 26th day of September, 2018.

/s/ Neal Biggers
NEAL B. BIGGERS, JR.
UNITED STATES DISTRICT JUDGE